ADAM B. SMITH, *as Administrator, etc., Appellant v.* EMILY H. HATHORN and others. — Order affirmed, with ten dollars costs and printing disbursements. BOCKES, J., not acting.

IN THE MATTER OF THE NEW YORK, WEST SHORE AND BUFFALO RAILWAY COMPANY, TO ACQUIRE TITLE TO CERTAIN REAL ESTATE OF PHILIP W. PARKE and HARRIET W. PARKE.—Order affirmed, with costs. Opinion by BOARDMAN, J.; LEARNED, P. J., not acting.

TIMOTHY SIMPSON, *Respondent, v.* NATHAN BROWNSON, *Appellant.* Order reversed, with ten dollars costs, under section 3240. Motion denied, with ten dollars costs.

WILLIAM LEE *v.* THE TROY CITIZENS' GAS-LIGHT COMPANY.—Judgment and order affirmed, with costs. Opinion by BOARDMAN, J., and by BOCKES, J., dissenting.

IN THE MATTER OF THE ACCOUNTING OF ELIZABETH BENEDICT, *Executrix, etc.*—Decree of surrogate reversed, with costs against executrix personally, and matter remitted to surrogate for accounting in accordance with opinion. Opinion by LEARNED, P. J.

GRANT B. SCHLEY, *Respondent, v.* ROBERT L. FRYER, *Appellant.*— Judgment affirmed, with costs. Mem. by BOARDMAN, J.

AARON B. OLMSTEAD, *Appellant, v.* SANFORD BOWEN, *Respondent.*— Judgment affirmed, with costs.

GILES MARTIN, *Appellant, v.* MILFORD C. BEAN, *Respondent.*— Judgment affirmed, with costs.

JOHN H. HINTERMISTER, *Appellant, v.* WILLIAM F. LANE, *Respondent* —Motion denied.

WALTER HOOS, *Appellant, v.* JAMES PERSON and others, *Respondents.*—The part of the order appealed from reversed, with ten dollars costs and printing disbursements. Opinion by LEARNED, P. J.

THE VILLAGE OF LANSINGBURGH, *Appellant, v.* THE COHOES AND LANSINGBURGH BRIDGE COMPANY, *Respondent.*—Order affirmed, with ten dollars costs and printing disbursements. Opinion by BOARDMAN, J.

IN THE MATTER OF THE ELECTION OF DANIEL C. CORBIN and others, *as Directors, etc., Respondents, v.* JOSEPH RODBOURN and others, *Appellants.*—Order affirmed on opinion of court below, with costs, under section 3240, Code of Civil Procedure.

JOSEPH RODBOURN, *Appellant, v.* THE UTICA, ITHACA AND ELMIRA RAILWAY COMPANY, *Respondent.*—Appeal from order directing receiver to be discharged, etc. Order affirmed on opinion of court below and as result of decision on previous appeal, with ten dollars costs and printing disbursements.

THE KEROSENE LAMP HEATER COMPANY, *Plaintiff, v.* JOHN F. RATHBONE and others, *Defendants.*—Judgment for defendants, with costs. Opinion by LEARNED, P. J.